**DISMISS; and Opinion Filed May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01548-CR
No. 05-14-01549-CR
No. 05-14-01559-CR
No. 05-14-01560-CR
No. 05-14-01561-CR

**RONNIE JAMARR CONLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause Nos. MA13-24802-L, MA13-25397-L, MA14-25147-L,**
**MA14-25148-L, MA14-25149-L**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

141548F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RONNIE JAMARR CONLEY, Appellant

No. 05-14-01548-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 10, Dallas County, Texas
Trial Court Cause No. MA13-24802-L.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 15th day of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RONNIE JAMARR CONLEY, Appellant

No. 05-14-01549-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 10, Dallas County, Texas
Trial Court Cause No. MA13-24802-L.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 15th day of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RONNIE JAMARR CONLEY, Appellant

No. 05-14-01559-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 10, Dallas County, Texas
Trial Court Cause No. MA14-25147-L.
Opinion delivered per curiam before Justices
Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 15th day of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RONNIE JAMARR CONLEY, Appellant

No. 05-14-01560-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 10, Dallas County, Texas
Trial Court Cause No. MA14-25148-L.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 15th day of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RONNIE JAMARR CONLEY, Appellant

No. 05-14-01561-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 10, Dallas County, Texas
Trial Court Cause No. MA14-25149-L.
Opinion delivered per curiam before Justices
Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 15th day of May, 2015.